IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAWRENCE H. BLACKWELL and RANDYL H. BLACKWELL, individually and on behalf of their minor children,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN ANN LaFRINIERE,<br><br>Defendant. | CV 16–22–M–DLC<br><br>ORDER |

Plaintiff Randyl Blackwell having filed an unopposed motion for substitution of Randyl Blackwell as the Representative of the Estate of Lawrence Blackwell for the Plaintiff Lawrence Blackwell (deceased) pursuant to Fed. R. Civ. P. 25(a),

IT IS ORDERED that the motion (Doc. 26) is GRANTED. The caption in the above entitled case shall be amended to read, "Randyl H. Blackwell, individually, as representative of the Estate of Lawrence H. Blackwell and on behalf of the Blackwell minor children, versus Susan Ann LaFriniere."[1]

---

[1] Plaintiff Randyl Blackwell filed the proposed order stating that she was the representative of "the Estate of Charles Blackwell." (Doc. 26-2.) Pursuant to the Montana Fourth Judicial District Court's order appointing Randyl Hearst Blackwell as personal representative of "Lawrence Hugo Blackwell," the Court revised the proposed order accordingly. Should Plaintiff have issue with this name change, counsel may submit a motion to the Court.

DATED this 24th day of October, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court