IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| RANDYL H. BLACKWELL, individually, as representative of the Estate of Lawrence Blackwell, and on behalf of their minor children,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN ANN LaFRINIERE, ADEA PROPERTY MANAGEMENT COMPANY, LICORNE, LLC, and TODD MOWBRAY,<br><br>Defendants. | CV 16 – 22 – M –DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 2nd day of October, 2017.

Donald W. Molloy, District Judge
United States District Court